# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KENNETH R. SELLERS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   **CIV-06-1249-R** |
| | ) |
| **DR. HOLCOMB, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## O R D E R

The Second Report and Recommendation on Insufficiency of Process [Doc. No. 83] entered by United States Magistrate Judge Bana Roberts on March 19, 2008 is now moot because Defendants Holcomb and Hoisington filed Answers to Plaintiff's Amended Complaint on March 31, 2007. See Doc. Nos. 85 & 86. Accordingly, the Second Report and Recommendation [Doc. No.83] is REJECTED as moot.

**IT IS SO ORDERED this 2nd day of April, 2008.**

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE