### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **KENNETH R. SELLERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-06-1249-R** |
| | ) | |
| **DR. HOLCOMB, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### ORDER

Before the Court is the Report and Recommendation of Bana Roberts entered December 30, 2008 [Doc. No. 111]. The Magistrate Judge recommended that the motion for summary judgment filed by all remaining Defendants in the case be denied. No objection to the Report and Recommendation has been filed. Therefore, the Report and Recommendation of the Magistrate Judge [Doc. No. 11] is ADOPTED in its entirety, and Defendants' motion for summary judgment [Doc. No. 11] is DENIED.

IT IS SO ORDERED this 30th day of January, 2009.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE